Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: 702.471.7000
Facsimile: 702.471.7070
demareel@ballardspahr.com

*Attorneys for Defendant Chase Bank USA, N.A. (incorrectly named as "Chase Bank, National Association")*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANAL H. KONO-BOELTER,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS; BANK OF HAWAII CORP.; CHASE BANK, NATIONAL ASSOCIATION/ BEST BUY; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC,<br><br>    Defendants. | CASE NO. 2:16-cv-01536-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CHASE BANK USA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Defendant Chase Bank USA, N.A.'s (incorrectly named as "Chase Bank, National Association") ("Chase") response to plaintiff Janal H. Kono-Boelter's complaint currently is due August 8, 2016. Chase has requested a brief extension, which Plaintiff does not oppose, to provide time for the parties to discuss early resolution of the claims asserted against Chase. Accordingly, Plaintiff and Chase stipulate and agree that Chase has up to and including August 19, 2016 to respond to Plaintiff's complaint.

*[Continued on following page.]*

DMWEST #14699123 v1

This request is made in good faith and not for purpose of delay.

Dated: August 5, 2016

| BALLARD SPAHR LLP | HAINES & KRIEGER. |
|---|---|
| By: /s/ Lindsay Demaree<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Defendant Chase Bank USA, N.A. (incorrectly named as "Chase Bank, National Association")* | By: /s/ David Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 130<br>Henderson, Nevada 89123<br>(702) 880-5554<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 8, 2016

## CERTIFICATE OF SERVICE

I certify that on August 5, 2016, and pursuant to Federal Rule of Civil Procedure 5, a true copy of the foregoing Stipulation and Order to Extend Time for Chase Bank USA, N.A. to Respond to Plaintiff's Complaint (First Request) was filed via the Court's CM/ECF System and electronically served by the Court on all parties in interest.

Jason Revzin
Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

/s/ Mary Kay Carlton
An employee of Ballard Spahr