David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, JANAL H. KONO-BOELTER*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JANAL H. KONO-BOELTER, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN EXPRESS; BANK OF HAWAII, A DOMESTIC PROFIT CORPORATION; CHASE BANK, NATIONAL ASSOCIATION/ BEST BUY; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC, <br><br> Defendants. | **Case No. 2:16-cv-01536-KJD-NJK** <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO BANK OF HAWAII, A DOMESTIC PROFIT CORPORATION ONLY** |

Plaintiff JANAL H. KONO-BOELTER and BANK OF HAWAII, A DOMESTIC PROFIT CORPORATION ("BOH") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with

…

…

…

…

Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, BANK OF HAWAII, A**

**DOMESTIC PROFIT CORPORATION**. Each party shall bear its own

attorney's fees, prejudgment interest, and costs of suit.

Dated:                    October 10, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/ Albert G. Marquis, Esq. |
| David H. Krieger, Esq. | Albert G. Marquis, Esq. |
| Nevada Bar No. 9086 | Marquis Aurbach Coffing |
| HAINES & KRIEGER, LLC | 10001 Park Run Drive |
| 8985 S. Eastern Avenue | Las Vegas, NV 89145 |
| Suite 350 | |
| Henderson, Nevada 89123 | /s/ Candice E. Renka, Esq. |
| *Attorney for Plaintiff* | Candice E. Renka, Esq. |
| | Marquis Aurbach Coffing |
| | 10001 Park Run Drive |
| | Las Vegas, NV 89145 |
| | *Attorneys for Defendant  Bank of* |
| | *Hawaii, A Domestic Profit Corporation* |

## **ORDER**

IT IS SO ORDERED

_____

UNITED STATES DISTRICT JUDGE

DATED: __10/11/2016_____